IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MELANIE B. FLORIO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:19-cv-00805 (AJT/TCB) |
| ) | |
| ANDREW M. SAUL, ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In this Social Security appeal, presently pending are Plaintiff's Motion for Summary Judgment [Doc. No. 16] and Defendant's Cross Motion for Summary Judgment [Doc. No. 19]. By Report and Recommendation dated September 9, 2020 [Doc. No. 24], the Magistrate Judge recommended that the Defendant's Motion for Summary Judgment be granted, Plaintiff's Motion for Summary Judgment be denied, and the Commissioner's final decision be affirmed. On September 23, 2020, Plaintiff filed her Objections to the Magistrate Judge's Report and Recommendation [Doc. No. 26]. Defendant has not filed any objections.

The Court has conducted a *de novo* review of the administrative record and has considered in detail the Plaintiff's Motion for Summary Judgment and her objections to the Magistrate Judge's Report and Recommendation in light of that record. Based on that *de novo* review, the Court finds and concludes that the final decision of the Commissioner of the Social Security Administration was supported by substantial evidence in the record and was not otherwise contrary to law; and in support of these findings and conclusions, adopts and incorporates by reference herein the Report and Recommendation in its entirety. Accordingly, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation [Doc. No. 24] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 19] be, and the same hereby is, GRANTED, and the decision of the Commissioner is hereby affirmed; and it is further

ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 16] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record and the Clerk is directed to entered judgment in favor of the Defendant pursuant to Fed. R. Civ. P. 58.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 30, 2020